IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. WILSON, | |
| Plaintiff, | NO. 3:15-CV-01813 |
| v. | (JUDGE CAPUTO) |
| AVERTEST, *et al.*, | (MAGISTRATE JUDGE SAPORITO) |
| Defendants. | |

## ORDER

**NOW**, this 30TH day of September, 2016, upon review of the Report and Recommendation of Magistrate Judge Saporito (Doc. 20) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 20) is **ADOPTED in its entirety**.

(2) Defendants' Motion to Dismiss (Doc. 13) is **GRANTED**.

(3) Plaintiff will be given **twenty-one (21) days** from the date of entry of this Order to file an amended complaint.

(4) The matter is **RECOMMITTED** to Magistrate Judge Saporito for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge