**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

JOHN D. WILSON,

      Plaintiff,

          v.

AVERTEST, *et al.*,

      Defendants.

NO. 3:15-CV-01813

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SAPORITO)

## ORDER

**NOW**, this 17th day of November, 2016, upon review of the Report and Recommendation of Magistrate Judge Saporito (Doc. 23) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 23) is **ADOPTED in its entirety**.

(2)    The amended Complaint (Doc. 22) is **DISMISSED with prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

(3)    Defendants' Motion to Dismiss (Doc. 24) is **DENIED as moot.**

(4)    The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge